AO 10
Rev. 1/2012

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Piersol, Lawrence L. | U.S. District Court, SD | 09/20/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☑ Amended Report | 01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

Federal Courthouse, Suite 202
400 South Phillips Avenue
Sioux Falls, SD 57104-6851

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director | The Foundation for the Advancement of an Independent Judiciary and the Rule of Law, a charitable foundation. |
| 2. | Director | John T. Vucurevich Foundation, a charitable foundation. |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Piersol, Lawrence L. | 09/20/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ **NONE** *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ **NONE** *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2011 | Spouse's self-employed Law Practice and spouse's service as a director of Bush Charitable Foundation |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ **NONE** *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | John T. Vucurevich Foundation | April 11 | Rapid City, SD | Board Meeting | Travel expenses reimbursed |
| 2. | Federal Judges Association | April 12-14 | Washington, DC | Board Meeting | Travel expenses reimbursed |
| 3. | John T. Vucurevich Foundation | August 15 | Rapid City, SD | Board Meeting | Travel expenses reimbursed |
| 4. | John T. Vucurevich Foundation | December 1 | Rapid City, SD | Board Meeting | Travel expenses reimbursed |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Piersol, Lawrence L. | 09/20/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | First Bank and Trust | Note & Mortgage: Farm, Commercial Properties | O |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Piersol, Lawrence L. | 09/20/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. National Housing Partnership | A | Dividend | J | W | | | | | |
| 2. ▓▓▓ (Moody Co., SD) | D | Rent | N | W | | | | | |
| 3. Merrill Lynch Latin America Fund (IRA) | A | Dividend | K | T | | | | | |
| 4. The Equitable, IRA | A | Dividend | J | W | | | | | |
| 5. IBM | A | Dividend | K | T | | | | | |
| 6. Verizon Communications | A | Dividend | K | T | | | | | |
| 7. Viacom Inc. | A | Dividend | J | T | | | | | |
| 8. American Express Co. | A | Dividend | K | T | | | | | |
| 9. Bristol-Myers Squibb | A | Dividend | K | T | | | | | |
| 10. Ford Mtr. Co. Del. | A | Dividend | J | T | | | | | |
| 11. General Electric Corp. | A | Dividend | K | T | | | | | |
| 12. RJR Nabisco Group | A | Dividend | J | T | | | | | |
| 13. Safeway | A | Dividend | J | T | | | | | |
| 14. Associates First Cap. | A | Dividend | J | T | | | | | |
| 15. Charles Schwab Co. Money Market (J) | A | Interest | M | T | | | | | |
| 16. Ckg Accts, (2) First Bank & Trust, SxFalls & Bkgs, SD | A | Interest | J | T | | | | | |
| 17. Ckg Accts, (2) First Natl Bank, SxFalls, SD | A | Interest | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Piersol, Lawrence L. | 09/20/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Mutual Beacon Fund | B | Dividend | M | T | | | | | |
| 19. Sogen Overseas Fund (now called First Eagle Overseas Fund) | A | Dividend | M | T | | | | | |
| 20. Schwab Money Market | A | Interest | J | T | | | | | |
| 21. Money Market Acct. - Vanguard | | None | | | Sold | 11/04/11 | J | | |
| 22. Commercial Property Parcel 1 (Minnehaha Co., SD) | F | Rent | O | W | | | | | |
| 23. Commercial Property Parcel 2 (Minnehaha Co., SD) | E | Rent | N | W | | | | | |
| 24. Capital Guardian Trust (Closed End Mutual Fund) | C | Dividend | M | T | | | | | |
| 25. Merrill Lynch Money Market | D | Interest | J | T | | | | | |
| 26. Templeton Dragon Fund | A | Dividend | L | T | | | | | |
| 27. Apartment Interest (Minnehaha Co., SD) | E | Rent | N | W | | | | | |
| 28. Mutual Discovery Fund | A | Dividend | L | T | | | | | |
| 29. Exxon Stock | B | Dividend | M | T | | | | | |
| 30. Vanguard Total Stock Mkt Idx Adm | E | Dividend | M | T | | | | | |
| 31. Vanguard High-Yield Corp Fund Inv | C | Interest | M | T | | | | | |
| 32. ▓▓▓ (Moody Co., SD) | D | Rent | N | W | | | | | |
| 33. Proctor & Gamble Co. | A | Dividend | J | T | | | | | |
| 34. SBC Communications, Inc. | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Piersol, Lawrence L. | 09/20/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Dominion Resources | A | Dividend | J | T | | | | | |
| 36. Excelsior Income Shares | A | Dividend | J | T | | | | | |
| 37. Johnson & Johnson | A | Dividend | J | T | | | | | |
| 38. LG&E Energy Corp. | A | Dividend | J | T | | | | | |
| 39. Merck & Co., Inc. | A | Dividend | J | T | | | | | |
| 40. Microsoft | A | Dividend | J | T | | | | | |
| 41. Cisco System, Inc. Co. | A | Dividend | J | T | | | | | |
| 42. Berkshire Hathaway B | A | Dividend | K | T | | | | | |
| 43. Visteon Corp. | A | Dividend | J | T | | | | | |
| 44. Ameriprise Fin. Inc. | A | Dividend | J | T | | | | | |
| 45. Zimmer Hlds Inc. | A | Dividend | J | T | | | | | |
| 46. Real Property Bare Land #1 (Lake Co., SD) | | None | L | W | | | | | |
| 47. Real Property #2 (Lake Co., SD) | B | Rent | L | W | | | | | |
| 48. AT&T, Inc. (X) | A | Dividend | K | T | | | | | |
| 49. Adams Express Co. (X) | A | Dividend | J | T | | | | | |
| 50. Alliant Energy Corp. (X) | A | Dividend | J | T | | | | | |
| 51. Ameren Corporation (X) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Piersol, Lawrence L. | 09/20/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Black Hills Corp. (X) | A | Dividend | J | T | | | | | |
| 53. Centurylink, Inc. (X) | A | Dividend | J | T | | | | | |
| 54. Comcast Corp. New CL A (X) | A | Dividend | J | T | | | | | |
| 55. DNP Select Income Fund (X) | A | Dividend | J | T | | | | | |
| 56. Energen Corp. (X) | A | Dividend | J | T | | | | | |
| 57. FT Dearborn Inc. Sec Inc. (X) | A | Dividend | J | T | | | | | |
| 58. Frontier Communications (X) | A | Dividend | J | T | | | | | |
| 59. The Southern Company (X) | A | Dividend | J | T | | | | | |
| 60. Xcel Energy Inc. (X) | A | Dividend | K | T | | | | | |
| 61. First Eagle Overseas (X) | A | Dividend | M | T | | | | | |
| 62. CBS Corp (X) | A | Dividend | J | T | | | | | |
| 63. Real Property (Lawrence Co., SD (X) | | None | K | R | Buy | 09/13/11 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Line 33. Commercial Property #3 (Lee Co., FL) in my 2010 report was omitted from my 2011 report as the property is no longer rented, but rather serves only as our second home. It is my understanding that as a second home, it does not have to be listed as it is one of our residences as discussed in subpart paragraph 3 of the Security Issues Instructions issued January 2, 2004.

Line 63. Real Property (Lawrence Co., SD) (X). Property purchased September 13, 2011, for $15,277.00.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Lawrence L. Piersol**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544